IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRETT SHIBLEY | : | CIVIL ACTION |
| v. | : | |
| GENESIS HEALTH CARE | : | NO. 09-3386 |

## ORDER

AND NOW, this 12th day of August, 2010, for the reasons set forth in the foregoing Memorandum, Defendant's Motion for Summary Judgment (Doc. No. 12) is GRANTED. Judgment is entered for Defendant and against Plaintiff. The Clerk shall mark this case closed for statistical purposes.

BY THE COURT:

<u>Michael M. Baylson</u>
Michael M. Baylson, U.S.D.J.

A:\Shibley v. Genesis -09-3386- Order D's MSJ.wpd